**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **TERESA CHAPMAN,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**STATE FARM FIRE AND CASUALTY COMPANY,**<br>**a foreign corporation,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CIVIL ACTION FILE NO.:**<br>**1:22-CV-01659-TWT** |

**<u>STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

COMES NOW, Plaintiff Teresa Chapman and Defendant State Farm Fire and Casualty Company, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the voluntary dismissal with prejudice of the above-referenced action, with each party to bear its own costs and fees.

Respectfully submitted, this 2nd day of June, 2023.

*[signatures contained on next page]*

**SWIFT, CURRIE, MCGHEE & HIERS, LLP**

*/s/ Samuel M. Lyon*
*(Signed by Foster L. Peebles with express permission)*
Jessica M. Phillips, Esq.
Georgia Bar No. 922902
Samuel M. Lyon, Esq.
Georgia Bar No. 921804
***Attorneys for Defendant***

1420 Peachtree St. NE, Suite 800
Atlanta, GA 30309
(404) 874-8800
Jessica.Phillips@swiftcurrie.com
Samuel.Lyon@swiftcurrie.com

**HUGGINS LAW FIRM, LLC**

*/s/ Foster L. Peebles*
J. Remington Huggins, Esq.
Georgia Bar No.: 348736
Michael D. Turner, Esq.
Georgia Bar No.: 216414
Foster L. Peebles, Esq.
Georgia Bar No. 410852
***Attorneys for Plaintiffs***

110 Norcross Street
Roswell, Georgia 30075
(770) 913-6229

remington@lawhuggins.com
mdturner@lawhuggins.com
fpeebles@lawhuggins.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing ***Stipulation of Voluntary Dismissal With Prejudice*** with the Clerk of Court via CM/ECT, which will automatically serve a true and correct copy of the same upon counsel of record as follows:

Jessica M. Phillips
Samuel M. Lyon
SWIFT, CURRIE, MCGHEE, & HIERS, LLP
1420 Peachtree St. NE, Suite 800
Atlanta, GA 30309
Jessica.Phillips@swiftcurrie.com
Samuel.Lyon@swiftcurrie.com

Respectfully submitted, this 2nd day of June, 2023.

**THE HUGGINS LAW FIRM, LLC**

*/s/ Foster L. Peebles*

J. Remington Huggins, Esq.
Georgia Bar No.: 348736
Michael D. Turner, Esq.
Georgia Bar No.: 216414
Foster L. Peebles, Esq.
Georgia Bar No.: 410852
*Attorneys for the Plaintiff*

110 Norcross Street
Roswell, GA 30075
(o) (770) 913-6229
(e) remington@lawhuggins.com
(e) mdturner@lawhuggins.com
(e) fpeebles@lawhuggins.com